UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
12 DEC 11 AM 8:23

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: /s/ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>ABNER IVAN CABRERA-GARCIA, (08)<br><br>                    Defendant. | CASE NO. 12CR2496-AJB-08<br><br>**JUDGMENT OF DISMISSAL** |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

18:371; 8:1324(b) and 18:982(a)(6) - Conspiracy; Criminal Forfeiture

8:1324(a)(1)(A)(ii) and (v)(I); 8:1324(b) and 18:982(a)(6) - Conspiracy to Transport Illegal Aliens; Criminal Forfeiture

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/10/12

_____
Anthony J. Battaglia
U.S. Magistrate Judge